JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mary Allen, <br><br> Plaintiff, <br><br> v. <br><br> EMD Serono, Inc., et al., <br><br> Defendant(s). | SACV 11-00861 JVS (RNBx) <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: July 15, 2011

_____
James V. Selna
United States District Judge